JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KEVIN PHILLIPS,

           Petitioner,

   v.

ROBERT NEUSCHMID, Warden,

           Respondent.

Case No. 2:19-cv-03225-RGK (AFM)

**JUDGMENT**

     This matter came before the Court on the Petition of KEVIN PHILLIPS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: November 22, 2019

                      _____
                      R. GARY KLAUSNER
             UNITED STATES DISTRICT JUDGE